# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JANICE HAMPTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-01191-STA-jay |
| | ) |
| MADISON COUNTY JUVENILE COURT SERVICES, | ) |
| | ) |
| Defendant. | ) |

___

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT
___

Before the Court is the United States Magistrate Judge's Report and Recommendation (ECF No. 8) issued on April 1, 2019. Plaintiff Janice Hampton's Complaint, which she filed *pro se*, alleges claims under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Americans with Disabilities Act. The Magistrate Judge's Report constitutes the screening of the Complaint required by 28 U.S.C. § 1915(e)(2)(B). The Magistrate Judge construed the Complaint to allege exhaustion of Plaintiff's administrative remedies but concluded that the Complaint failed to contain enough factual matter to support Plaintiff's discrimination claims. The Magistrate Judge has recommended that in lieu of dismissing the Complaint, the Court grant Plaintiff thirty (30) days in which to file an amended complaint to include a factual description of the events that serve as the basis for her age, disability, and retaliation claims against Defendant. Plaintiff has not filed any objections to the report, and the time to do so has now passed.

The Court hereby adopts the Magistrate Judge's recommendation and orders Plaintiff to file an amended complaint with a more complete recitation of the facts describing each event that serves as the grounds for her discrimination claims. Plaintiff's amended complaint is due within 30 days,

that is, no later than May 21, 2019.  Failure to comply with the Court's order, or make a proper request for an extension of time in which to comply, may result in the dismissal of this action without further notice.

    **IT IS SO ORDERED.**

                                            **s/ S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

                                            Date: April 19, 2019