IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | | |
|---|---|---|
| JANICE HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 18-1191-STA-dkv |
| | ) | |
| MADISON COUNTY, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS
_____

Before the Court is the Chief United States Magistrate Judge' report and recommendation that the Court grant Defendant Madison County, Tennessee's Partial Motion to Dismiss. Defendant seeks the dismissal of Plaintiff Janice Hampton's Title VII claims based on her failure to exhaust administrative remedies and the dismissal of other claims Plaintiff first raised in a 2016 EEOC charge as untimely. The Chief Magistrate Judge entered her report and recommendation (ECF No. 55) on April 23, 2020. Plaintiff had 14 days from the service of the Chief Magistrate Judge's report in which to file objections. Plaintiff has not objected to the report and its recommended conclusions of law, and the time to object has now expired.

Having reviewed the Magistrate Judge's report and recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report. As such, Defendant's Partial Motion to Dismiss is **GRANTED**. Hampton's Title VII claims of race and sex discrimination are **DISMISSED** for failure to exhaust administrative remedies. Hampton's claims that she was denied access to a "company physician" in November or December of 2015 and that Madison County failed to provide accommodations for her carpal tunnel between

1

November 2015 to April 2016 are **DISMISSED** as untimely.

    **IT IS SO ORDERED.**

                                          **s/ S. Thomas Anderson**
                                          S. THOMAS ANDERSON
                                          UNITED STATES DISTRICT JUDGE

                                          Date: May 13, 2020